DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NIKETA LASHUN SHERRILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0848

_____

November 5, 2025

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A), (F) from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Blair Allen, Public Defender, and Kevin H. Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.